# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1077
_____

JUSTIN WARREN,

Appellant,

v.

ESCAMBIA COUNTY SCHOOL
BOARD,

Appellee.

_____

On appeal from the Escambia County School Board.
Gerald W. Boone, Chair.

May 15, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mark S. Levine and Ronald G. Stowers of Levine & Stivers, LLC, Tallahassee, for Appellant.

Joseph L. Hammons of The Hammons Law Firm, P.A., Pensacola, for Appellee.